04 CV 05477

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 14 2004

FILED
CLERK'S OFFICE

DOCKET NO. 1598 JUDGE RAKOFF

A CERTIFIED TRUE COPY

JUN 30 2004

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NORTHERN DISTRICT OF TEXAS
FILED

JUL 26 2004

CLERK, U.S. DISTRICT COURT
By _____ Deputy

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-2)

FLD
SDNY
7/14/04
3:03-CV-2133-G

On April 13, 2004, the Panel transferred 14 civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 74 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jed S. Rakoff.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Rakoff.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of April 13, 2004, ____ F.Supp. 2d ____ (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jed S. Rakoff.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN 30 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

BY _____
DEPUTY CLERK

## SCHEDULE CTO-2 - TAG ALONG ACTIONS
## DOCKET NO. 1598
## IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION

DISTRICT  DIV.  C.A.#

**ALABAMA MIDDLE**
ALM    1    04-274    Joy Christine Padgett v. NVE Pharmaceuticals, Inc., et al.

**CALIFORNIA NORTHERN**
~~CAN    5    03-634    Allen Tang v. Muscletech Research & Development, Inc., et al.~~ Opposed 6/29/04

**ILLINOIS SOUTHERN**
ILS    3    03-384    Elizabeth Wigginton, et al. v. Metabolife International, Inc., et al.

**KANSAS**
KS    2    04-2010    Margaret Chalmers v. Rexall Sundown, Inc., et al.
KS    5    03-4153    Terrice Hale v. Metabolife International, Inc., et al.

**KENTUCKY EASTERN**
~~KYE    5    04-26    Melissa Cornett v. NVE Pharmaceuticals, Inc., et al.~~ Opposed 6/29/04

**KENTUCKY WESTERN**
~~KYW    5    04-75    Betty Jo McLeod, etc. v. N.V.E., Inc., et al.~~ Opposed 6/29/04

**LOUISIANA EASTERN**
LAE    2    00-3753    Christopher Kitsos v. Metabolife International, Inc., et al.

**MINNESOTA**
MN    0    03-5233    Sandra M. Waters v. Metabolife International, Inc.
MN    0    03-5777    Rhea L. Mazola, etc., v. Metabolife International, Inc.

**MISSISSIPPI SOUTHERN**
MSS    1    04-7    Tina S. Bush, etc. v. Trim International, Inc.
MSS    3    04-247    Regina Bynum v. NVE, Inc.

**NEW JERSEY**
NJ    3    03-5524    Jamie Fox v. Herbalife International of America, Inc., et al.

**OKLAHOMA NORTHERN**
OKN    4    03-518    George J. Wildman, et al. v. Herbalife International of America, Inc.

**PENNSYLVANIA WESTERN**
~~PAW    2    02-1461    Nancy Rhome v. Metabolife International, Inc.~~ Opposed 6/29/04

**TEXAS EASTERN**
TXE    1    04-132    Peggy McGuire v. Metabolife International, Inc., et al.

**TEXAS NORTHERN**
~~TXN    3    03-1902    Joey R. Carter v. Muscle-Tech, Inc., et al.~~ Opposed 6/29/04
TXN    3    03-2133    Billy Gene Goble, et al. v. Herbalife International Inc., et al.

SCHEDULE CTO-2-TAG ALONG ACTIONS (MDL-1598)  PAGE 2 of 2

TEXAS SOUTHERN
    TXS    4  03-215    Alexander G. Hague, et al. v. Metabolife International, Inc., et al.
    TXS    4  03-5395  Belinda Wiggins v. Metabolife International, Inc., et al.
    ~~TXS    4  03-5756  George Paul Barton v. Muscle-Tech, Inc., et al.~~ Opposed 6/29/04

WEST VIRGINIA NORTHERN
    ~~WVN   1  03-135   Lynn Ann Matheny, etc. v. Body Dynamics, Inc., et al.~~ Opposed 6/30/04
    WVN   2  03-101   Kelly S. Coberly v. Cytodyne Technologies, Inc., et al.

WEST VIRGINIA SOUTHERN
    ~~WVS   2  03-65    Paul Cross, et al. v. Muscletech Research & Development, Inc., et al.~~ Opposed 6/29/04
    WVS   2  04-424  Michael Scott Gregory v. Rexall Sundown, Inc., et al.
    WVS   3  02-944  Deborah A. Smoot, etc. v. AST Sports Science, Inc., et al.